Argued and submitted July 5, reversed and remanded with instructions in part; otherwise affirmed August 3, 1994

In the Matter of the Marriage of

Leona CRIST,
*Appellant,*

*and*

Charles E. CRIST,
*Respondent.*

(DR92-0520; CA A79371)

877 P2d 1239

Kevin T. Lafky argued the cause for appellant. With him on the brief was Lafky & Lafky.

Donald R. Todorovich argued the cause and filed the brief for respondent.

Before Warren, Presiding Judge, and Edmonds and Landau, Judges.

PER CURIAM

Reversed and remanded with instructions to enter modified judgment deleting paragraph 16; otherwise affirmed. No costs to either party.